# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/22/2004  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:     CV 03-00600DAE-BMK

CASE NAME:       Dale Marczak vs. CJ & MS, Ltd., etc.

ATTYS FOR PLA:   Lunsford Dole Phillips *by phone*

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Barry M. Kurren          REPORTER:

DATE:    3/22/2004                TIME:    9:20-9:23

COURT ACTION:  EP:  Rule 16 Scheduling Conference is continued to 04/26/04 @ 9:00 a.m. before BMK

Submitted by: Bernadette Biacan, Courtroom Manager